UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

IN RE:   MARTIN CHRISTOPHER MAXEY               CHAPTER 13
         DEBTOR                                 CASE NO. 12-60732

## MOTION TO QUASH GARNISHMENT

Comes now your applicant, **MARTIN CHRISTOPHER MAXEY**, by Counsel, pursuant to Bankruptcy Code §362 (a), and respectfully represents:

1. That your applicant(s) have filed their petition for relief under Chapter 13 of Title 11 of the United States Code;

2. That your applicant is subject to a garnishment issued by: **ALBEMARLE COUNTY GENERAL DISTRICT COURT, 501 EAST JEFFERSON STREET, SUITE 138, CHARLOTTESVILLE, VA 22902-5110,** within 90 days of the filing of the above named petition;

3. That said garnishment is in favor of: **F&S FINANCIAL MARKETING, 1400 RICHMOND ROAD, 2ND FLOOR, CHARLOTTESVILLE, VA 22902.**

4. The EMPLOYER is: **BUCKINGHAM BRANCH RAILROAD, ATTN: PAYROLL, P.O. BOX 336, DILLWYN, VA 23936;**

5. The creditor is attempting to garnish: **EMPLOYEE'S WAGES.**

WHEREFORE, your applicant prays that said garnishment be quashed and that he have such other and further relief as the nature of his case may require.

Date:   March 26, 2012             Respectfully submitted,

                                   By: /s/ Heidi Shafer
                                       Counsel for Debtor
COX LAW GROUP, PLLC
900 LAKESIDE DRIVE, SUITE A
LYNCHBURG, VA 24501
(434) 845-2600                     Certificate of Service

I certify I have sent by postage prepaid, first class U.S. Mail this pleading to the Debtor; Debtor's Employer: **BUCKINGHAM BRANCH RAILROAD, ATTN: PAYROLL, P.O. BOX 336, DILLWYN, VA 23936;** to the court: **ALBEMARLE COUNTY GENERAL DISTRICT COURT, 501 EAST JEFFERSON STREET, SUITE 138, CHARLOTTESVILLE, VA 22902-5110,;** and to the Creditor: **F&S FINANCIAL MARKETING, 1400 RICHMOND ROAD, 2ND FLOOR, CHARLOTTESVILLE, VA 22911.**

                                   /s/ Heidi Shafer
                                   Counsel for Debtor

**GARNISHMENT SUMMONS**
Commonwealth of Virginia Va. Code §§ 8.01-511, 8.01-512.3

RECEIVED JAN 25 2012

COURT NAME: _Miller, Mitic_
COURT ADDRESS AND TELEPHONE NUMBER: _501 E. Jefferson St. Charlottesville, VA 22902_ General District Court

TO ANY AUTHORIZED OFFICER: You are hereby commanded to serve this summons on the judgment debtor and the garnishee.

TO THE GARNISHEE: You are hereby commanded to (1) file a written answer with this court, or (2) deliver payment to this court, or (3) appear before this court on the hearing date and time shown on this summons to answer the Suggestion for Summons in Garnishment of the judgment creditor that, by reason of the lien of writ of fieri facias, there is a liability as shown in the statement upon the garnishee.

As garnishee, you shall withhold from the judgment debtor any sums of money to which the judgment debtor is or may be entitled from you during the period between the date of service of this summons on you and the date for your appearance in court, subject to the following limitations: (1) The maximum amount which may be garnished is the "TOTAL BALANCE DUE" as shown on this summons. (2) You shall not be liable to the judgment creditor for any property not specified in this garnishment summons. (3) If the sums of money being garnished are earnings of the judgment debtor, then the provision of "MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT" shall apply.

If a garnishment summons is served on an employer having one thousand or more employees, then money to which the judgment debtor is or may be entitled from his or her employer shall be considered those wages, salaries, commission or other earnings which, following service on the garnishee-employer, are determined and are payable to the judgment debtor under the garnishee-employer's normal payroll procedure with a reasonable time allowance for making a timely return by mail to this court.

DATE OF ISSUANCE OF SUMMONS: _12/19/11_                CLERK

DATE AND TIME OF DELIVERY OF WRIT OF FIERI FACIAS TO SHERIFF IF DIFFERENT FROM DATE OF ISSUANCE OF THIS SUMMONS

> TO GARNISHEE: On check or written answer, include return date, case number and judgment debtor's name. MAKE CHECK PAYABLE TO JUDGMENT CREDITOR AND DELIVER TO THE COURT.

**WRIT OF FIERI FACIAS TO ANY AUTHORIZED OFFICER:** You are commanded to execute this writ and to make from the intangible personal estate of the judgment debtor(s) the principal, interest, costs and attorney's fees, less credits, shown in the Garnishment Summons. You are further commanded to make your return to the clerk's office according to law.

Homestead Exemption Waived? [ ] yes [ ] no [ ] cannot be demanded

DATE OF ISSUANCE OF WRIT: _12/19/11_                CLERK

**CASE DISPOSITION**
I ORDER that
[ ] the garnishee pay to the judgment creditor through the court $ ............... net of any credits.
[ ] the case be DISMISSED.
[ ]

DATE ENTERED _____  JUDGE _____

---

CASE NO.: _GV11611616_
JUDGMENT CREDITOR'S NAME: _F&S Financial Marketing Inc_
STREET ADDRESS: _1400 Richmond Rd_
CITY, STATE, ZIP: _Charlottesville, VA 22911_
TELEPHONE NUMBER: _434-984-5626_

HEARING DATE & TIME: _3/12/12 @ 2pm_

**GARNISHMENT SUMMONS**

This is a garnishment against (check only one)
[ ] the judgment debtor's wages, salary or other compensation.
[ ] some other debt due or property of the judgment debtor, specifically, _____

JUDGMENT CREDITOR'S ATTORNEY'S NAME: _____
ADDRESS: _____
TELEPHONE NUMBER: _____

JUDGMENT DEBTOR'S NAME (SERVE): _Martin C. Maxey_
STREET ADDRESS: _728 Perkin Rd_
CITY, STATE, ZIP: _Arvonia, VA 23004_
SOCIAL SECURITY NUMBER: _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_   TELEPHONE NUMBER: _N/A_

GARNISHEE'S NAME: _Buckingham Branch Railroad_
STREET ADDRESS: _1042 Main St_
CITY, STATE, ZIP: _Dillwyn, VA 23936_

DATE OF JUDGMENT: _12/1/11_    TELEPHONE NUMB: _434-983-3200_

**MAXIMUM PORTION OF DISPOSABLE EARNINGS SUBJECT TO GARNISHMENT**
[ ] Support
[ ] 50%  [ ] 55%
[ ] 60%  [ ] 65%
(if not specified, then 50%)
For taxes, 100%

**STATEMENT**
$5,414.55 .... Judgment Principal
$0 .... Credits
$931.39 .... Interest
$66.00 .... Judgment Costs
$0 .... Attorney's Fees
$90.00 .... Garnishment Costs
$6,502.94 .... **TOTAL BALANCE**
The garnishee shall rely on this amount.

JUDGMENT CREDITOR / judgment debtor present
DATE

FORM DC-451 (FRONT) 1/07   (A103412 6/10)

GENERAL DISTRICT COURT ONLINE CASE INFORMATION SYSTEM                                   Page 1 of 2

# Albemarle County General District 

## Civil Case Details

### Case Information

| Case Number: | GV11011061-01 | File Date: | 12/13/2011 |
|---|---|---|---|
| Case Type: | Garnishment | Debt Type: | |

- Albemarle County Gene
- Name Search
- Case Number Search
- Hearing Date Search
- Service/Process Search

### Plaintiff Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| F & S FINANCIAL MARKETING | | | | |

- Name Search
- Case Number Search
- Hearing Date Search
- Service/Process Search

### Defendant Information

| Name | DBA/TA | Address | Judgment | Attorney |
|---|---|---|---|---|
| MAXEY, MARTIN C | BUCKINGHAM BRANCH RAILROAD | DILLWYN, VA 23936 | | |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom |
|---|---|---|---|---|
| 05/17/2012 | 02:01 PM | | | |

### Service/Process

| Person Served | Process Type | Date Issued | Date Returned | Plaintiff | How Served |
|---|---|---|---|---|---|

### Reports

| Report Type | Reporting Agency | Date Ordered | Date Due | Date Received |
|---|---|---|---|---|

### Judgment Information

| Judgment: | Costs: | Attorney Fees: |
|---|---|---|
| Principal Amount: | Other Amount: | Interest Award: |
| Possession: | Writ Issued Date: | Homestead Exemption Waived: |
| Is Judgment Satisfied: | Date Satisfaction Filed: | Other Awarded: |
| Further Case | | |

Information :

### Garnishment Information

| Garnishee : BUCKINGHAM BRANCH RAILRD | Address : DILLWYN, VA 23936 | |
|---|---|---|
| Garnishee Answer : | Answer Date : | Number of Checks Received : 0 |

### Appeal Information

| Appeal Date : | Appealed By : |
|---|---|
| | |

[ Back to Search Results ]

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories |

Forms | Judicial Branch Agencies | Programs

Build #: 5.0.10