**UNITED STATES BANKRUPTCY COURT**

Lynchburg/Western District of Virginia

In Re:  
MARTIN CHRISTOPHER MAXEY

CASE NO: 12-60732

Certificate of Mailing

MARTIN CHRISTOPHER MAXEY  
928 PENLAN ROAD  
ARVONIA, VA  23004

The undersigned certifies, under penalty of perjury, that a copy of the attached Final Report in the above-entitled case was mailed, in sealed envelopes, bearing first class postal indicia, or was electronically mailed to the above.

Dated: February 11, 2015

/s/ Herbert L. Beskin  
Herbert L. Beskin  
P.O. Box 2103  
Charlottesville, VA  22902  
Ph: 434-817-9913; Email: ch13staff@ntelos.net